**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7400**

KAREEM LOCKE

Plaintiff - Appellant

v.

BENJAMIN CARVER, Disciplinary Hearing Ofc.,

Defendant - Appellee,

and

GEORGE SOLOMON, Director of Prisons; CHRISTOPHER RICH, Deputy Head
S.R.G. Ofc.; KENNETH DIGGS, Captain/Asst. Supt. of Custody; SAMANTHA
HORNE, S.R.G. Ofc.; DANIEL HATLEY, S.R.G.I.O. Ofc./Programmer,

Defendants.

Appeal from the United States District Court for the Western District of North Carolina,
at Charlotte.  Frank D. Whitney, Chief District Judge.  (3:17-cv-00337-FDW)

Submitted:  April 23, 2019                          Decided:  May 2, 2019

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Kareem Locke, Appellant Pro Se. Alan Dale McInnes, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kareem Locke seeks to appeal the district court's order granting Benjamin Carver's motion for summary judgment and terminating him as a party. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Locke seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Carver's motion to dismiss and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*